CIRCUIT COURT - 15TH JUDICIAL CIRCUIT - PALM BEACH COUNTY, FLORIDA

| CASE NO: | DIVISION: | JUDGE: |
|---|---|---|
| 502020CA005655XXXXMB | AA | G. Joseph Curley, Jr. |

**Bruce and Joan Bockelmann,**

    Plaintiffs,

vs.

**USAA Casualty Insurance Company,**

    Defendant.

_____/

### NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION

| | |
|---|---|
| PROPOUNDED TO: | Plaintiffs |
| PROPOUNDED BY: | Defendant |
| NUMBER PROPOUNDED: | 19 |
| DATED: | September 18, 2020 |
| PURSUANT TO: | Rule 1.350, Fla.R.Civ.P. |

**CERTIFICATE OF SERVICE:** On 10.13.2020, I hereby certify that the foregoing was electronically filed through Florida Court E-Filing Portal with the Clerk of the Court and hence emailed to all counsel of record: **Lauren Maione-Walsh, Esq., Corey Zaron, Esq.** (Counsel for Defendant), Vernis & Bowling of Palm Beach, P.A., 884 U.S. Highway One, North Palm Beach, FL 33408; (561) 775-9822; Email: Lwalsh@florida-law.com; pbfiling@florida-law.com; czaron@florida-law.com; **Christopher J. Keller, Esq.** (Co-Counsel for Plaintiffs), Keller, Melchiorre & Walsh, PLLC, 3900 Military Trail, Suite 600, Jupiter, FL 33458; Telephone: (561) 295-5825; Email: chris@kmwlegal.com; pleadings@kmwlegal.com; jennifer@kmwlegal.com.

**EXHIBIT C**

*/s/ Michael C. Knecht*
Michael C. Knecht, Esq.
Knecht Law Group
Law Center at Park Plaza
658 W. Indiantown Road, Suite 211
Jupiter, Florida 33458
Phone:       561-745-2110
Email:       mck@mikeknecht.com
             susan@mikeknecht.com
Florida Bar No: 475815
Counsel for Plaintiffs

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## REQUEST FOR PRODUCTION

1. Any and all correspondence, letters, notes, memos between Plaintiffs and/or their agents and USAA as they relate to the property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, from January 1, 2020 to the present.

    **RESPONSE:** See attachments to complaint.

2. A copy of any and all proofs of loss provided to USAA arising out of your January 1, 2020 plumbing leak claim, USAA Claim Number 004174362-029.

    **RESPONSE:** None.

3. Any and all estimates, receipts, bills, statements for services rendered, bills of sale for items purchased or work performed for the repair or replacement of the property which is the subject of the Complaint, relating to your January 1, 2020 claim for damages, USAA Claim Number 004174362-029.

    **RESPONSE:** None.

4. Any and all estimates for proposed work to be performed for the repair or replacement of the property as a result of the alleged damage that occurred on or about January 1, 2020, USAA Claim Number 004174362-029.

    **RESPONSE:** Following attachments from Arko Plumbing Corp.:
    a. Camera Inspection Report.
    b. Estimate #3842 (Drain Line Replacement)
    c. Plumbing Layout
    d. Plumbing Report
    e. Proposal (Drain Line Replacement)

5. Copies of the front and back of any and all checks for all purchases, services and/or repairs to the dwelling relating to your claimed January 1, 2020 plumbing leak claim, USAA Claim Number 004174362-029.

   **RESPONSE:** None.

6. Copies of any and all color photographs or videos which depict the direct physical damage to your property that you maintain was caused by the January 1, 2020 plumbing leak, USAA Claim Number 004174362-029.

   **RESPONSE:** See response to 4, above.

7. Copies of any and all color photographs or video which depict repairs that were performed to your property subsequent to the January 1, 2020 plumbing leak, USAA Claim Number 004174362-029.

   **RESPONSE:** None.

8. Copies of any and all correspondence, letters, notes, memos to and from any contractors, subcontractors, general contractors, repairmen, or any other entity or individual consulted, hired or contracted with to provide reports, estimates for repairs, renovations or construction to the dwelling which is the subject of the Complaint, as a result of your January 1, 2020 plumbing leak, USAA Claim Number 004174362-029.

   **RESPONSE:** See response to 4, above.

9. Copies of any and all estimates, receipts, invoices, bills, statements for services rendered, bills of sale for items purchased or work performed from any general contractors consulted for the repair or replacement of the property as a result of any insurance claims you or anyone on your behalf has ever made pertaining to the property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, within the five years prior to your January 1, 2020 claim for damages, USAA' Claim No. 004174362-029.

   **RESPONSE:** None.

10. Copies of any and all correspondence, letters, notes, memos, photographs, and/or videos to and from any public adjusters and/or their representatives regarding the January 1, 2020 plumbing leak, USAA Claim Number 004174362-029.

    **RESPONSE:** None.

11. Copies of any and all receipts for plumbing repair and/or maintenance to your plumbing performed on your property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, as a result of the January 1, 2020 plumbing leak, USAA Claim Number 004174362-029.

    **RESPONSE:** None.

12. Copies of any and all correspondence, letters, notes, memos to and from any plumbing companies or plumbers consulted, hired or contracted with to provide reports, estimates for repairs, renovations or construction to the dwelling which is the subject of the Complaint, as a result of your January 1, 2020 plumbing leak, USAA' Claim No. 004174362-029.

    **RESPONSE:** I hired Arko Plumbing to inspect my cast iron pipe plumbing system which resulted in the enclosures under 4, above.

13. Any and all estimates, receipts, invoices, bills, statements for services rendered, bills of sale for items purchased or work performed from any plumbing companies or plumbers consulted for the repair or replacement of property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, within the five years prior to your January 1, 2020 claim for damages, USAA' Claim No. 004174362-029.

    **RESPONSE:**     None at this time.

14. Copies of any and all reports of leak detection and plumbing services performed at the subject property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, as a result of the January 1, 2020, plumbing leak, USAA Claim Number 004174362-029.

    **RESPONSE:**     See response to 4, above.

15. Any and all estimates, receipts, invoices, bills, statements for services rendered, bills of sale for items purchased or work performed from any leak detection companies consulted as a result of any insurance claims you or anyone on your behalf has ever made pertaining to the property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, within the five years prior to your January 1, 2020 claim for damages, USAA' Claim No. 004174362029

    **RESPONSE:**     None.

16. A copy of your current mortgage statement reflecting the name and address of the mortgage company/lien holder and current balance.

    **RESPONSE:**     Wells Fargo Bank, N.A., Loan NR 0329035398.

17. Any and all assignments or transfers of the mortgage(s) and/or any satisfactions of mortgage(s) for the property which is the subject of this litigation.

    **RESPONSE:**   None.

18. Any and all reports generated by any expert(s) you intend to use in the instant litigation, along with curriculum vitae for such expert(s).

    **RESPONSE:**   Undetermined at this time.

19. Any and all insurance claims you or anyone on your behalf has ever made pertaining to the property located at 14 Slash Pine Drive, Boynton Beach, Florida 33436, from the year 2010 to the present. This includes copies of any and all policies, sworn statements in proof of loss, estimates, and copies any payments that you received for any such losses.

    **RESPONSE:**   This plumbing claim and roofing claim.