

8306 Mills Drive, #569
Miami, FL 33183
CELL: 305-978-6937
OFFICE: 305-279-2326
FAX: 305-596-5379
EMAIL: info@arkoplumbing.com

# Estimate

| Date | Estimate # |
|---|---|
| 4/10/2020 | 3842 |

**Customer**

Bruce & Joan Bockelmann
14 Slash Pine Dr.
Boynton Beach, FL 33436

| Description | Qty | U/M | Rate | Total |
|---|---|---|---|---|
| **GENERAL** | | | | |
| Plumbing Permit - Includes plans, expediting, fees, notice of commencement, inspections | 1 | EA | 1,370.00 | 1,370.00 |
| Slab Access & Backfill - Includes sch 40 PVC drain line installation and concrete pouring | 70 | LF | 340.00 | 23,800.00 |
| Sewer Line - Includes accessing lawn, installing 4" sch 40 PVC, backfilling - Includes a two-way and a secondary cleanout | 25 | LF | 125.00 | 3,125.00 |
| | | | | |
| **KITCHEN** | | | | |
| Kitchen Stack & Drain Arms - Install - Sch 40 PVC | 1 | EA | 685.00 | 685.00 |
| Sink & Faucet - Disconnect & reconnect - Includes p-trap, supply tubes, angle stops, escutcheons | 1 | EA | 220.00 | 220.00 |
| Dishwasher - Remove & Reset | 1 | EA | 325.00 | 325.00 |
| Refrigerator - Remove & Reset | 1 | EA | 130.00 | 130.00 |
| | | | | |
| **LAUNDRY ROOM** | | | | |
| Laundry Stack & Drain Arms - Install - Sch 40 PVC | 1 | EA | 550.00 | 550.00 |
| Washing Machine - Remove & Reset | 1 | EA | 240.00 | 240.00 |
| Dryer - Remove & Reset | 1 | EA | 135.00 | 135.00 |
| Washing Machine Outlet Box with Valves - Install - Includes mechanical air chambers | 1 | EA | 370.00 | 370.00 |
| | | | | |
| **GUEST BATHROOM** | | | | |
| Bathroom Stack w/ Single Lav Drain Arms - Install - Sch 40 PVC | 1 | EA | 635.00 | 635.00 |
| Sink & Faucet - Disconnect & reconnect - Includes p-trap, supply tubes, angle stops, escutcheons | 1 | EA | 220.00 | 220.00 |
| Vanity - Remove & Reset | 4 | LF | 80.00 | 320.00 |
| Toilet - Remove & Reset - Includes flange, wax ring, johni bolts, supply tube, angle stop, escutcheon | 1 | EA | 220.00 | 220.00 |
| Bathtub - Remove & Reset | 1 | EA | 750.00 | 750.00 |
| Tub Drain - Rough-in | 1 | EA | 180.00 | 180.00 |
| Tub/Shower Valve & Trim - Install - Copper Type M | 1 | EA | 595.00 | 595.00 |
| | | | | |
| **MASTER BATHROOM** | | | | |
| Bathroom Stack w/ Double Lav Drain Arms - Install - Sch 40 PVC | 1 | EA | 735.00 | 735.00 |
| Sink & Faucet - Disconnect & reconnect - Includes p-trap, supply tubes, angle stops, escutcheons | 2 | EA | 220.00 | 440.00 |
| Vanity - Remove & Reset | 5.5 | LF | 80.00 | 440.00 |
| Vanity - Remove & Reset | 6 | LF | 80.00 | 480.00 |
| Toilet - Remove & Reset - Includes flange, wax ring, johni bolts, supply tube, angle stop, escutcheon | 1 | EA | 220.00 | 220.00 |
| Sunken Shower Pan - Install - Includes chipping, backing, forming, concrete, floating | 1 | EA | 695.00 | 695.00 |
| Shower Drain - Rough-in | 1 | EA | 180.00 | 180.00 |
| Shower Valve & Trim (Standard) - Install - Copper Type M | 1 | EA | 490.00 | 490.00 |

**Total** $37,550.00

EXHIBIT D