IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502020CA005655XXXXMB

BRUCE AND JOAN BOCKELMANN

     Plaintiffs,

vs.

USAA CASUALTY INSURANCE COMPANY

     Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, USAA CASUALTY INSURANCE COMPANY (hereinafter "USAA CIC"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A § 1446(d), hereby give notice to the Clerk of the Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, ("State Court"), that on or about October 11, 2021, USAA CIC, pursuant to 28 U.S.C.A § 1332 and 1441, by filing its Notice of Removal, removed this action to the United States District Court for the Southern District of Florida, West Palm Beach Division ("Federal Court").

Further, this Court is requested to take no further action and to stay all proceedings before this Court, pursuant to 28 U.S.C.A. § 1446(d), unless and until further Order is forthcoming from the Federal Court, remanding this action to the State Court if such action was improvidently removed. Absent entry of a Remand Order issued by the Federal Court, the State Court is divested of jurisdiction over this cause and is requested to stay all actions and take no further proceedings.

EXHIBIT F

Bockelmann, Bruce and Joan vs. USAA Casualty Insurance Company       Case No.: 502020CA005655XXXXMB

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished electronically this 25th day of October, 2021, to: Michael C. Knecht, Esquire, Knecht Law Group, 658 W. Indiantown Rd., Ste. 211, Jupiter, FL 33458; mck@mikeknecht.com; susan@mikeknecht.com;  Christopher Keller, Esquire, Keller, Melchiorre & Walsh, PLLC, 3900 Military Trail, Ste. 600, Jupiter, FL 33458;Chris@kmwlegal.com; pleadings@kmwlegal.com., Frank R. Rodriguez, Esq., Rodriguez Tramont & Nunez, P.A, 255 Alhambra Circle, Suite 1150, Coral Gables, FL  33134, frr@rtgn-law.com

VERNIS & BOWLING OF PALM BEACH, P.A.
618 U.S. Highway One
North Palm Beach, Florida 33408
Telephone:  (561) 775-9822
Fax: (561) 775-9821
Attorney for Defendant, *USAA Casualty Insurance Company*

By: */s/ Corey Zaron*

   Corey Zaron, Esq.
   Florida Bar No.: 1019144
   LWalsh@florida-law.com
   PBFiling@florida-law.com
   CZaron@florida-law.com

2