UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

BRUCE W. BOCKELMANN AND JOAN L. BOCKELMANN        CASE NO.: 9:21-cv-81972-RS

     Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY

     Defendant.
_____/

## AMENDED NOTICE OF SCHEDULING MEDIATION

Pursuant to this Court's Order of Referral to Mediation (D.E. 19), Plaintiffs give notice that the parties have scheduled an in-person mediation conference for this matter as follows:

| | |
|---|---|
| **Mediator:** | Eunice T. Baros |
| **Date:** | May 2, 2022 |
| **Time:** | 1:30pm |
| **Place:** | Eunice Baros Law, LLC |
| | 11380 Prosperity Farms Road, Suite 204 |
| | Palm Beach Gardens, FL 33410 |

### Certificate of Service

I HEREBY CERTIFY that on February 16, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notification of the filing to all counsel and parties of record and via email to: Eunice Baros, Esq., Eunice Baros Law Law, eunicebaroslaw@gmail.com.

.

                                            RODRIGUEZ TRAMONT & NUÑEZ, P.A.
                                            255 Alhambra Circle, Suite 1150
                                            Coral Gables, Florida 33134
                                            Telephone: 305-350-2300

                                            *s/ Paulino A. Núñez Jr., Esq*

Frank R. Rodriguez, Esq.
Florida Bar No.: 348988
frr@rtgn-law.com
Paulino A. Núñez Jr., Esq.
Florida Bar No. 814806
pan@rtgn-law.com
Stephanie T. Núñez, Esq.
Florida Bar No.: 099588
stn@rtgn-law.com
Paul M. Núñez, Esq.
Florida Bar No. 124205
pmn@rtgn-law.com

*Lead Counsel for Plaintiffs*


KNECHT LAW GROUP
658 W. Indiantown Rd., STE. 211
Jupiter, Florida 33458


Michael C. Knecht, Esq.
Florida Bar No.: 475815
mck@mikeknecht.com
susan@mikeknecht.com

*Co-Counsel for Plaintiffs*