UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-81972-RS

BRUCE W. BOCKELMANN AND JOAN L. BOCKELMANN

    Plaintiffs,

vs.

USAA CASUALTY INSURANCE COMPANY

    Defendant.
_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO STATEMENT OF MATERIAL FACTS

COMES NOW, Defendant, USAA CASUALTY INSURANCE COMPANY, by and through its undersigned counsel, and files its Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment and Reply to Plaintiff's Statement of Material Facts and states as follows:

1. The Defendant filed its Motion for Summary Judgment on March 11, 2011.

2. Plaintiff's response was due on or before March 25, 2022, which was late filed on Saturday, March 26, 2022.

3. Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment was due on or about April 4, 2022, as indicated in the Dockets Note.

4. The undersigned inadvertently missed calendaring the deadline for the reply. The undersigned has gone through staff changes as well as an attorney has departed the firm and

therefore the deadline was not properly calendared. See Affidavit of Tracy Morgan, as Exhibit "A".

5. The Defendant is preparing its reply with haste and is acting expeditiously and in good faith to get the Reply submitted.

4. This Motion is made in good faith and not for the purpose of delay.

5. The Plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, Defendant is requesting an extension until April 12, 2022, in order to prepare and to file its Reply to Plaintiff's Statement of Material Facts and Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished electronically this __11th___ day of April, 2022, to: Michael C. Knecht, Esquire, Knecht Law Group, 658 W. Indiantown Rd., Ste. 211, Jupiter, FL 33458; mck@mikeknecht.com; susan@mikeknecht.com; Christopher Keller, Esquire, Keller, Melchiorre & Walsh, PLLC, 3900 Military Trail, Ste. 600, Jupiter, FL 33458; Chris@kmwlegal.com; pleadings@kmwlegal.com; Frank R. Rodriguez, Esq., Paul M. Nunez, Esq., Rodriguez Tramont & Nunez, P.A, 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134, frr@rtgn-law.com; pan@rtgn-law.com; stn@rtgn-law.com; pmn@rtgn-law.com

        VERNIS & BOWLING OF PALM BEACH, P.A.
        618 U.S. Highway One, Suite 200
        North Palm Beach, Florida 33408
        Telephone:  (561) 775-9822
        Fax: (561) 775-9821
        Attorney for Defendant

        By: ___*/s/ Lauren Maione-Walsh*_____
        Lauren Maione-Walsh, Esq.
        Florida Bar No.: 0072122
        LWalsh@florida-law.com
        pbfiling@florida-law.com