UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-81972-RS

BRUCE W. BOCKELMANN AND JOAN L. BOCKELMANN

    Plaintiffs,

vs.

USAA CASUALTY INSURANCE COMPANY

    Defendant.
_____/

## DEFENDANT'S REPLY STATEMENT OF MATERIAL FACTS

COMES NOW, USAA CASUALTY INSURANCE COMPANY, (hereinafter "USAA CIC"), by and through its undersigned counsel, and pursuant to Local Rule 56.1(3) hereby files its Reply Statement of Material Facts, and states as follows:

## REPLY STATEMENT OF MATERIAL FACTS

25. Disputed. The policy language cited by Plaintiffs is incorrect. The subject Policy of insurance contains a 16-page Endorsement, FLORIDA SPECIAL PROVISIONS, which changes the policy. More specifically, the lead-in paragraph of the relevant provision cited by Plaintiffs is deleted and replaced as follows. In addition, Plaintiffs omit subsection "j.":

| SECTION I – LOSSES WE DO NOT COVER |
|---|

LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION AND OTHER STRUCTURES PROTECTION

1. Unless otherwise stated in 3. below we do not insure for damage consisting of or caused by any of the following, regardless of whether the event or damage occurs suddenly or gradually, involves isolated or widespread damage, or occurs as a result of any combination of these to produce the loss.

Bockelmann, Bruce and Joan vs. USAA Casualty Insurance Company          Case No.: 9:21-cv-81972-RS

**\*\*\***

  j. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by "named peril(s)" of this policy.

Moreover, Defendant further disputes that the relevant langue provides coverage for water damage from a plumbing system (in the manner phrased by Plaintiffs).  Instead, the Policy only provides coverage for "sudden and accidental, direct physical loss to tangible property" as described in the lead-in paragraph to the SECTION I – LOSSES WE COVER subsection.  Plaintiffs' citation to the policy language is mis-placed, as Plaintiffs incorrectly cited the lead-in paragraph (as described above), which provides the exclusionary language of "suddenly and gradually" and also contains an anti-concurrent clause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished electronically this 11th day of April, 2022, to: Michael C. Knecht, Esquire, Knecht Law Group, 658 W. Indiantown Rd., Ste. 211, Jupiter, FL 33458; mck@mikeknecht.com; susan@mikeknecht.com; Christopher Keller, Esquire, Keller, Melchiorre & Walsh, PLLC, 3900 Military Trail, Ste. 600, Jupiter, FL 33458; Chris@kmwlegal.com; pleadings@kmwlegal.com; Frank R. Rodriguez, Esq., Paul M. Nunez, Esq., Rodriguez Tramont & Nunez, P.A, 255 Alhambra Circle, Suite 1150, Coral Gables, FL  33134, frr@rtgn-law.com; pan@rtgn-law.com; stn@rtgn-law.com; pmn@rtgn-law.com

            VERNIS & BOWLING OF PALM BEACH, P.A.
            618 U.S. Highway One
            North Palm Beach, Florida 33408
            Telephone:  (561) 775-9822
            Fax: (561) 775-9821
            Attorney for Defendant, *USAA Casualty Insurance Company*

            By:  */s/ Lauren Maione-Walsh*
             Lauren Maione-Walsh, Esq.
             Florida Bar No.: 0072122
             LWalsh@florida-law.com
             PBFiling@florida-law.com