UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-81972-RS

BRUCE W. BOCKELMANN AND JOAN L.
BOCKELMANN

      Plaintiffs,

vs.

USAA CASUALTY INSURANCE
COMPANY

      Defendant.

_____/

## **NOTICE OF REPRESENTATIVE ATTENDING MEDIATION**

COMES NOW, the Defendant, USAA CASUALTY INSURANCE COMPANY, by and through the undersigned counsel and hereby gives notice of USAA Casualty Insurance Company representative attending mediation, pursuant to Fla. R. Civ. P. 1.720, as follows:

1. Matthew Pohl will be attending the mediation conference as USAA Casualty Insurance Company's representative and has full authority to settle the matter without further consultation with any other person.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was furnished electronically this 29th day of April, 2022, to: Michael C. Knecht, Esquire, Knecht Law Group, 658 W. Indiantown Rd., Ste. 211, Jupiter, FL 33458; mck@mikeknecht.com; susan@mikeknecht.com; Christopher Keller, Esquire, Keller, Melchiorre & Walsh, PLLC, 3900 Military Trail, Ste. 600, Jupiter, FL 33458; Chris@kmwlegal.com; pleadings@kmwlegal.com;

Frank R. Rodriguez, Esq., Paul M. Nunez, Esq., Rodriguez Tramont & Nunez, P.A, 255 Alhambra Circle, Suite 1150, Coral Gables, FL  33134, frr@rtgn-law.com; pan@rtgn-law.com; stn@rtgn-law.com; pmn@rtgn-law.com

VERNIS & BOWLING OF PALM BEACH, P.A.
618 U.S. Highway One, Suite 200
North Palm Beach, Florida 33408
Telephone:  (561) 775-9822
Fax: (561) 775-9821
Attorney for Defendants,

By: */s/ Lauren Maione-Walsh*
     Lauren Maione-Walsh, Esq.
     Florida Bar No.: 0072122